UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHARMING BEATS LLC,** | Civil Action No. 1:21-cv-04727-ARR-RER |
| **Plaintiff,** | |
| v. | **NOTICE OF MOTION TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION** |
| **IMPROV PLAYHOUSE THEATER, INC.,** | |
| **Defendant.** | |

TO:    Richard M. Garbarini, Esq.
Garbarini Fitzgerald P.C.
250 Park Avenue
7th Floor
New York, NY 10177
Attorneys for Plaintiff
Charming Beats LLC

**PLEASE TAKE NOTICE** that on November 9, 2021 at 10 o'clock in the forenoon, or soon thereafter as counsel can be heard, the undersigned, the attorney for Defendant Improv Playhouse Theater, Inc shall move this Court for an Order dismissing the Complaint in this matter for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the undersigned shall rely upon the accompanying Memorandum of Law, Declaration of Jay R. McDaniel Esq, and Declaration of David Stuart.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is enclosed herewith.

{Signature page to follow}

**WEINER LAW GROUP LLP**
Attorneys for Defendant
Improv Playhouse Theater, Inc

      s/ Jay R. McDaniel

By: _____

      Jay R. McDaniel, Esq

Dated:  October 12, 2021

2145395_1

2