## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHARMING BEATS LLC,** | **Civil Action No. 1:21-cv-04727-ARR-RER** |
| **Plaintiff,** | |
| **v.** | **ORDER**<br>**DISMISSING THE COMPLAINT FOR**<br>**LACK OF PERSONAL JURISDICTION** |
| **IMPROV PLAYHOUSE THEATER, INC.,** | |
| **Defendant.** | |

**THIS MATTER** having been opened to the Court by the Weiner Law Group LLP, attorneys for Defendant Improv Playhouse Theater, Inc on motion seeking dismissal of the Complaint for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2), and the Court having reviewed the papers submitted in support thereof, and any submitted in opposition thereto, and for good cause shown;

**IT IS** on this _____ day of _____, 2021;

**ORDERED** that the Complaint of Plaintiff Charming Beats LLC be, and hereby is, dismissed in its entirety as to Defendant Improv Playhouse Theater, Inc; and it is further

**ORDERED** that electronic filing of this Order shall constitute good and proper service on all parties presently engaged in this matter.

_____
RAMON E. REYES, U.S.M.J.

2145373_1