Exhibit 2

Case 1:21-cv-04727-ARR-RER    Document 10-2    Filed 10/18/21    Page 1 of 2 PageID #: 276

Mail Basic license Printout

**Charming Beats <contact@charmingbeats.com>**                                          6/23/2021 2:41 PM

# license

To info@improvplayhouse.com <info@improvplayhouse.com>

---

Hello,

we noticed you are displaying video content paired with the music of The American Dollar, whom we represent. We do not have any record of granting a license for these pieces, we request that you kindly forward your license information for the use of their music to our email address: contact@charmingbeats.com

https://www.youtube.com/watch?v=obsZtOund9c

Thank You,
Charming Beats Licensing
Queens, NY