# Exhibit 3



# GARBARINI FITZGERALD P.C.

250 Park Avenue
7th Floor
New York, New York 10177
Phone: 212.300.5358
Fax: 888.265.7054
www.garbarinilaw.com

July 4, 2021

**NOTICE OF LITIGATION**
**DEMAND TO CEASE AND DESIST**
**DEMAND TO PRESERVE DOCUMENTS**

VIA EMAIL To*:*      info@improvplayhouse.com; david@improvplayhouse.com
 FIRST-CLASS MAIL

Improv Playhouse
116 W. Lake
Libertyville, Illinois 60048

    Re:    Charmin Beats LLC. adv. Improv Playhouse ("IMPROV")


Improv:


    I represent Charming Beats LLC the sole owner of the copyrighted recording and composition titled "Starscapes (Ambient)" – U.S. Copyright Registration No. SR 708-541 (the "Copyrighted Track").  IMPROV created an advertisement titled "Film Camp 2013 Documentary" (the "Infringing Advertisement").  IMPROV, directly and through its agent Justin Daniels, copied and synchronized the Copyrighted Track to the Infringing Advertisement without a license or authority.  IMPROV then distributed the Infringing Advertisement to YouTube and publicly displayed the Infringing Advertisement on its YouTube page located at <https://www.youtube.com/watch?v=obsZtOund9c>.

    IMPROV was informed of the fact that there was no license for the Copyrighted Track by YouTube, and later by email from my client dated June 23, 2021.  IMPROV's refusal to cease and desist has now escalated this matter to litigation.  IMPROV has, without question, infringed my client's rights to the Copyrighted Track as set forth in Section 106 of the U.S. Copyright Act. The facts that IMPROV refused to license the Copyrighted Track and continued its infringement after notice are sufficient predicates that satisfy the "reckless disregard" standard for enhanced damages pursuant to Section 504(c)(2) of the Copyright Act.

My client is entitled to a judgment for its compensatory damages as well as all IMPROV's profits in excess of my client's damages. Alternatively, my client may elect a statutory damage award between $30,000 and $150,000, plus its reasonable attorneys' fees, costs, and pre-and-post judgment interest.  We expect a high statutory award here in light of IMPROV's refusal to comply with the law, and the prior notice.

Provided someone contacts me at rgarbarini@garbarinilaw.com or at 212.300.5358, no later than 3:00 pm on July 12, 2021, I will refrain from filing.  In the event IMPROV fails to contact me, I will have no choice but to file against IMPROV in the Federal Court for the Eastern District of New York.  In the interim, IMPROV is required to preserve all documents including web pages, in their original condition, or face a possible spoliation charge at the trial of this action.

GARBARINI FITZGERALD P.C.

By: _Richard M. Garbarini_

Richard M. Garbarini