Exhibit 4

Case 1:21-cv-04727-ARR-RER    Document 10-4    Filed 10/18/21    Page 2 of 9 PageID #: 282



Get the latest news near you!

Click Sign Up and Allow for Notifications

**Dismiss**    **Sign Up**

&#x26;#x1F464; Sign up

**Libertyville, IL**



News Feed

Calendar

+ Follow

Find classifieds + businesses in the Local Marketplace

Got it!

This post was contributed by a community member

Arts & Entertainment

# "Stacked," All Female Musical Improv Comedy at Improv Playhouse

 **Improv Playhouse**, Neighbor

Posted Mon, Jul 23, 2012 at 4:56 pm CT

&#x1F44D; Like 0    Share

&#x1F4AC; Reply



Saturday, July 28th, 2012

ADVERTISEMENT

ADVERTISEMENT

1 of 8      10/18/2021, 2:21 PM

Case 1:21-cv-04727-ARR-RER       Document 10-4       Filed 10/18/21       Page 3 of 9 PageID #: 283

7:30 pm

2012 Illinois Allstate High School In

P

Get the latest news near you!

Click Sign Up and Allow for Notifications

Dismiss       Sign Up

**Find out what's happening in Libertyville with free, real-time updates from Patch.**

Your email address                                    Let's go!

The audition only team is comprised of some of the best Illinois High School improvisers throughout the state and is cast by the Chicago Improv Festival.

Saturday, July 28th, 2012

ADVERTISEMENT

9:00 PM

'Stacked'

ADVERTISEMENT

STACKED is an all-female musical improv ensemble featuring Erin Goldsmith, Stacey Smith, Jenna Steege and Katie Yore, musically directed by Eric Bair. STACKED has performed at the Toronto International Improv Festival, New York Musical Improv Festival (official selection), Gainesville Improv Festival (opening for the festival headliner, 3033), Big-Little Comedy Festival, Chicago Improv Festival, Chicago Women's Funny Festival and the Sarasota Improv Festival.

ADVERTISEMENT

Case 1:21-cv-04727-ARR-RER      Document 10-4      Filed 10/18/21      Page 4 of 9 PageID #:
284

STACKED: All-female Musical Impr... ...le range of characters and clever play. Their set opens with a theme- ...roup games and high energy tag-outs that bring those characters to ...yer on keys, STACKED's symphonic quartet turns any scene...



P
Get the latest news near you!

Click Sign Up and Allow for Notifications

Dismiss      Sign Up

Tickets available at the Door.

For One Show $10 Adults, $7 Students. IP Students are Free.

For Both Shows $15 Adults, $10 Students. IP Students are Free.

The late show (9pm) is BYOB

Call for Group Rates.

For more info call 847-968-4529 or visit their website at www.improvplayhouse.com

Pictured:

Stacked

♡ Thank      💬 Reply      ↪ Share                                                                      ⚑

The views expressed in this post are the author's own. Want to post on Patch?  Register for a user account.

**More from Libertyville**

Crime & Safety | Oct 5
**$75K Bail For Man Accused Of Driving Drunk, Causing Crash**



Seasonal & Holidays | 3d
**The History Behind Libertyville's 'Devil's Gate'**

Traffic & Transit | Oct 5
**Video Captures Fiery Fatal Crash On I-94 Near Wadsworth**



ADVERTISEMENT



Get the latest news near you!

Click Sign Up and Allow for Notifications

Dismiss        Sign Up

See more local news

## Local Events                                    + Post event

### Upcoming

**Principal Appreciation Wk - Libertyville School District 70**

Mon, Oct 18, 2021 at 12:00 AM
Libertyville, IL

**HI 7/8 Cheer Tryout - Libertyville School District 70**

Mon, Oct 18, 2021 at 3:45 PM
Libertyville, IL

**P4R (Professionals for Referrals) Network Meeting**

Tue, Oct 19, 2021 at 7:30 AM
Libertyville, IL

### Featured

**Trunk or Treat Extravaganza**

Sun, Oct 24, 2021 at 3:00 PM

**USA CBD Expo Chicago - The nation's largest CBD & hemp event!**

Fri, Oct 29, 2021 at 11:00 AM

See more events

## Neighbor Posts                                    + Post local update

Libertyville, IL | Neighbor Post | 6d

**Linda Benton**, Neighbor

This is a beautiful poem ~ "The Invitation" by Oriah Mountain Dreamer. I hope you enjoy this as much as I do....
The Dance
I have sent you my invitation, the note inscribed on the palm of my hand by the fire of living. Don't jump up and shout, "Yes, this is what I
Read more

♡ Thank    💬 Reply    ↪ Share                                    🏳

Libertyville, IL | Neighbor Post | 6d

**GLMV Chamber of Commerce**, Community Contributor

Reclaim MedSpa Grand Opening
Join our team and the GLMV Chamber of Commerce for a grand opening celebration. Ribbon Cutting 11 am.

ADVERTISEMENT

Case 1:21-cv-04727-ARR-RER     Document 10-4     Filed 10/18/21     Page 6 of 9 PageID #: 286

Read more

♡ Thank (1)   💬 Reply   ↪ Share

**P** Get the latest news near you!

Click Sign Up and Allow for Notifications

Dismiss    Sign Up

---

Libertyville, IL | Local News Tip | Oct 7

**GLMV Chamber of Commerce**, Comm

GLMV 2021 Coats For Vets Now Underway
Got extra coats? Ready to clean out your closets?
With winter around the corner, it's time once again for the 2nd Annual Green Oaks, Libertyville, Mundelein, Vernon Hills (GLMV) Coat

Read more

♡ Thank   💬 Reply   ↪ Share

---

Libertyville, IL | Neighbor Post | Sep 23

**GLMV Chamber of Commerce**, Community Contributor

GLMV/MCC Community Night Is A WInner!
Many gathered for a great evening of August MCC/GLMV Bingo, Beer & Pizza at Tighthead Brewery Mundelein, including Nancy
Piasecki, Northside Community Bank; GLMV Director Chris Piazzi, Mundelein Community Bank; Marianne Kaplan, Engaging Speakers,

Read more

♡ Thank   💬 Reply   ↪ Share

---

Libertyville, IL | Neighbor Post | Sep 22

👤 **Jennifer Johnson**, Local Official

MainStreet Libertyville to Host Let's Vino in the Ville
Enjoy a day of wine, shopping, food, and fun with friends and family in downtown Libertyville at Let's Vino in the Ville – a fall wine walk
experience throughout downtown Libertyville. Since we were not able to "Wine About Winter" earlier in the year, please join us for a fall

Read more

♡ Thank   💬 Reply   ↪ Share

See more neighbor posts

---

**Local Classifieds**     **+ Post classified**

🏷 For Sale | Oct 8

**Recumbent Bike**

---

🏷 For Sale | Oct 8

**Custom draperies**

---

🏷 For Sale | Sep 25

**FOR SALE: Electra Cruiser Lux 3i Step-Thru - $600**

See more classifieds

ADVERTISEMENT

Case 1:21-cv-04727-ARR-RER     Document 10-4     Filed 10/18/21     Page 7 of 9 PageID #: 287



Get the latest news near you!

Click Sign Up and Allow for Notifications

Dismiss    Sign Up

**Latest News Nearby**

1. ⦿ Libertyville, IL News
   **Libertyville Weekly Weather Forecast**

2. ⦿ Libertyville, IL News
   **5 New Libertyville Area Properties For Sale**

3. ⦿ Libertyville, IL News
   **Libertyville Area Prep Sports Coming Up This Week**

4. ⦿ Grayslake, IL News
   **Patch's Best 2021 Halloween Yard Haunts: Lake County**

5. ⦿ Libertyville, IL News
   **Lake County Government: Wildwood Water System Water Tower**

ADVERTISEMENT



Get the latest news near you!

Click Sign Up and Allow for Notifications

Dismiss    Sign Up

Stay up to date on crime and safety
with the Neighbors app by Ring

**Nearby Communities**

Vernon Hills

Grayslake

Lake Forest-Lake Bluff

Buffalo Grove

Lake Zurich

Deerfield

Highland Park

Palatine

Barrington

Northbrook

View All Communities

**Topics**

Arts & Entertainment

Business

Community Corner

Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Marketplace

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

ADVERTISEMENT

Travel

Weather

**Corporate Info**

About Patch

Careers



Get the latest news near you!

Click Sign Up and Allow for Notifications

Dismiss          Sign Up

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use          Privacy Policy

© 2021 Patch Media. All Rights Reserved.

Do Not Sell My Personal Information

ADVERTISEMENT