Exhibit 5

# WEINER LAW GROUP LLP

Attorneys at Law
629 Parsippany Road
P.O. Box 0438
Parsippany, New Jersey 07054
Phone 973-403-1100 / Fax: 973-403-0010

Jay R. McDaniel                                                    jmcdaniel@weiner.law
A Member of the Firm                                        Direct Dial:  973-602-3915

September 13, 2021

SETTLEMENT COMMUNICATION

**VIA EMAIL**
Richard M. Garbarini, Esq.
Garbarini Fitzgerald P.C.
250 Park Avenue
7th Floor
New York,NY 10177

Re:    Charming Beats v. Improv Playhouse Theater
          1:21-cv-04727-ARR-RER
          Our file No.: 24099

Dear  Mr. Garbarini:

We have been engaged by the Improve Playhouse Theater to defend the above-noted matter. I have had an opportunity to review the complaint and note that it is deficient in a number of respects.

As I believe you are aware, the Starscapes (Ambient) music on which the infringement allegations are based was actually taken from a YouTube video by a summer camp student who used it for a project. That project was subsequently published on YouTube as well. My research indicates that Starscapes (Ambient) wad licensed to YouTube by The American Dollar and that pursuant to Youtube's terms of use it was available for copying and use by YouTube users.

Although, I may not have gotten the details correct, the student involved will testify he had a bona fide belief that he was not copying or distributing without authorization. This is, at best, a case of inadvertent infringement.

It is also abundantly clear that the Southern District of New York has no personal jurisdiction over this defendant and that the venue is improper. The Improv Playhouse Theater is located in northern Illinois, in a community a short distance from the Wisconsin state line. It has no connection

**Parsippany ♦ Red Bank ♦ Bridgewater ♦ East Hanover ♦ Jersey City ♦ New York City**

Richard M. Garbarini, Esq                                    September 13, 2021
Re: Charming Beats v. Improv Playhouse Theater                          Page 2

with New York and there is no colorable basis for personal jurisdiction in New York, nor venue under 28 U.S.C. § 1400.

If we are forced to proceed with the litigation, you should anticipate facing a fee award at the conclusion of the action. If we cannot resolve the matter immediately with the payment of a nominal sum, it will have to be resolved on its merits. I will recommend to my client payment of $850, which covers the filing fee and $500.

Very truly yours,

WEINER LAW GROUP LLP

By:_____
          Jay R. McDaniel
          A Member of the Firm

CC:
Mr. David Stuart