Exhibit 6

Case 1:21-cv-04727-ARR-RER     Document 10-6     Filed 10/18/21     Page 2 of 5 PageID #: 294

# Improv Playhouse Performing Arts Camps , Kenosha, WI, 53140

**CONTACT CAMP** ⬀          **CLAIM LISITNG** 📄

🔖 Save     ✉ Share                                        👁 72



📍 libertyville,
Kenosha, WI, 53140

Get Directions (Https://www.google.com/maps/dir/Current+Location/libertyville, Kenosha, Wisconsin)

| | | |
|---|---|---|
| Camp Type | : | **Day** |
| Gender | : | **Co-Ed** |
| Age Group | : | **All Ages** |
| Cost | : | **$551 - $700 (Per Day)** |
| Camp Focus | : | **Performing Arts** |

🏳 Report Inaccurate Information

## About Camp                                                    [-]

"Improv Acting, Musical Theater and Film Making. Our camp sessions involve your child in fun filled performing arts day camps that offer unique training and opportunities to explore and focus upon new paths of creativity. Improv Playhouse emphasizes an environment that nurtures every child as an individual artist, challenges aspiring actors and inspires performing arts beginners. Field trips to professional theater and sound stages are incorporated into the summer camping sessions where students are exposed first hand to the "business" of the arts. Recreation and down time is an additional component feeding into our camper's full summer camp experience. Locate in proximity to the theatrical, comedy and media metropolis of Chicago, Improv Playhouse has developed into one of the region's pre-eminent performing arts training organizations for children and adults. IP is a comprehensive

professional actor training and entertainment and theater company. Most IP instructors/staff work professionally in the business of theater and media and are committed to building confidence, self esteem, creativity, imagination, life skills and a love for the arts in a developmentally appropriate environment. Facilities are air conditioned. "

Show Less

## Camp Activities                                                                                      [-]

### Performing Arts Activities

✔  Acting                                    ✔  Film

✔  Performing Arts

## Locations of this Camp                                                                               [-]



## Camper Experiences                                                                                   [-]

### Share your experience with Improv Playhouse Performing Arts Camps

Add Your Experience

Case 1:21-cv-04727-ARR-RER     Document 10-6     Filed 10/18/21     Page 4 of 5 PageID #: 296

*NOTE: We inform you that we are not owner of any image displaying on our website. If you found any image that found under your copyrights then please feel free to    CONTACT US  (mailto:kiran.wishesh@gmail.com   ). We will remove that image as soon as possible. All the images are collected from Google.*

## Camp Reviews

### Review Improv Playhouse Performing Arts Camps

Please add a rating or review this camp. No login required.

**Add Review**

## Send us a Request

**\* Request for**

◉ More Info     ○ Call Back

**\* Your Name**

Enter your Name

**\* Your Email**

Enter your Email Id

**\* Your Message**

I am interested about your camp. Please email me to discuss more information.

**7 4  8 10 5 2 8**     ↻

Please Enter Above Captcha

**Submit Request**

Case 1:21-cv-04727-ARR-RER     Document 10-6     Filed 10/18/21     Page 5 of 5 PageID #: 297

# Need help finding the Perfect Camp?

The CampNavigator team is here to help. Call us at 1-855-CampNavigator(1-855-226-7628)

**FREE Help From The CN Advisory Team (../Cn-advisory.aspx)**

SUBSCRIBE NOW (https://www.campnavigator.com:443/email-subscription.aspx)

Subscribe to our **Digital Magazine**
[SPAM FREE]

About Us (https://www.campnavigator.com:443/about-us.aspx)
Terms of Use (https://www.campnavigator.com:443/terms-of-use.aspx)
Privacy Policy (https://www.campnavigator.com:443/privacy-policy.aspx)
Contact Us (https://www.campnavigator.com:443/contact-us.aspx)
Link to Us (https://www.campnavigator.com:443/link-to-us.aspx)
How It Works (https://www.campnavigator.com:443/learn-more.aspx)
FAQs (https://www.campnavigator.com:443/help.aspx) Site Map (https://www.campnavigator.com:443/sitemap.aspx)
Google+ (http://google.com/+Campnavigator)

Reach us : 31-A, Nagarjuna Hills, Panjagutta, Hyderabad, Telanagana, India – 500 082.
info@campnavigator.com (mailto:info@campnavigator.com)
© 2015 **CampNavigator** All Rights Reserved.
(http://www.vsil.com/)