Exhibit 7

Case 1:21-cv-04727-ARR-RER     Document 10-7     Filed 10/18/21     Page 2 of 5 PageID #: 299

# Improv Playhouse: Filling the comedic void

By CASSANDRA DOWELL

October 26, 2011 at 3:45 pm CDT

⛶ Expand          ▶ Autoplay                                          1 of 2 ‹ ›



George Tracy of Chicago; Gary Pansch of Kenosha, Wis.; Dobie Maxwell of Fox Lake; Scot Wickmann of Lombard; and Russ Martin of Milwaukee stand together on stage before performing their stand-up comedy routines during "Stand Up Saturdays" featuring "Dobie and Friends" on Oct. 22 at Improv Playhouse in Libertyville. (Candace H. Johnson - lcjedit@lakecountyjournal.com)

For David Stuart, founder and executive producer of Improv Playhouse in Libertyville and Highland Park, the art of improvisation extends beyond the stage.

"A      of the principles of improvisation transfer very readily to team-building skills, communication skills [and] overcoming fear skills," Stuart said.

And improvisation is the thread that runs through the variety of programming

Case 1:21-cv-04727-ARR-RER    Document 10-7    Filed 10/18/21    Page 3 of 5 PageID #:
300

and youth-focused creative summer camps, offers DJs and various performers for hire and has an extensive course catalog for youth and adults that includes comedy, voice, acting and musical theater, among other ventures.

With the recent closing of the Zanies comedy club's Vernon Hills branch and Highland Park's Apple Tree Theatre, Stuart says the 11-year-old theater's success comes from his ability to diversify its services and to offer high-quality entertainment.

"I knew that improv alone would not survive in the suburbs," he said about his vision for the theater. "I saw the long-range vision being a bit more holistic."

He said those who take classes at IP come from all different walks of life and sign up for a variety of reasons.

"Students are looking to engage in an environment that's safe, where they can build up their confidence," he said. "And they can be funny if that's their motivation."

### The live stage

For Stuart, a Second City Conservatory graduate with a background in the entertainment business, a love of live performance is apparent when the theater opens its doors to feature improv shows, stand-up comedy, mini-musicals, radio dramas and more.

"I hold in high esteem community theater, and we want to be known as this community's comedy central – we also want to be known beyond that," he said.

Stuart likens the Improv Playhouse theater to a Chicago storefront, with a blend

Case 1:21-cv-04727-ARR-RER    Document 10-7    Filed 10/18/21    Page 4 of 5 PageID #: 301

Dobie Maxwell, a professional comedian for more than 25 years, came to Improv Playhouse as a teacher and performer after the closing of the Vernon Hills Zanies.

Maxwell said experiencing live theater is like being treated to a delicacy.

"You have to experience it," he said. "I'm talking and the audience is laughing – there's a synergy; it's a conversation. It can be electric."

## Wholesome comedy

Maxwell said that after a lifetime of being in the business, he's found that some shy away from the comedy scene for fear of vulgar material.

"It's hard to be funny without swearing or talking about body parts," Maxwell said. "I guide my students in a completely different way."

The theater offers family-friendly and more adult-oriented shows, yet both are consistent with the theater's core value, which is to entertain without using crass material.

"This is by and large a family-friendly organization," Stuart said. "Our earlier show is going to be G-rated. The later show is what we call [Improv Playhouse]-PG-13."

Stuart said that while gaining support for live comedy and live performing arts

Case 1:21-cv-04727-ARR-RER    Document 10-7    Filed 10/18/21    Page 5 of 5 PageID #: 302

*stand-up performance will take place at 8:30 p.m. Friday, Nov. 11.*

*Where: "Dracula" will be performed at Improv Playhouse Theatre, 735 N. Milwaukee Ave., in Libertyville. The stand-up performance will take place at the Village of Round Lake Beach Cultural and Civic Center.*

*Information: 847-968-4529, visit www.improvplayhouse.com*



Copyright © 2021 Shaw Local News Network

