Exhibit 8

Q | Sections ≡ | *SHAW MEDIA*

# Improv Playhouse Theater presents 'The Gathering'

By LAKE COUNTY

April 11, 2019 at 11:22 am CDT

LIBERTYVILLE – The Improv Playhouse will produce "The Gathering," the late Improv/Shakespeare icons Josephine Raciti and Rolf Forsberg's contemporary adaptation of the last hour of the Last Supper, adapted, revised and directed by David Brian Stuart.

This will be the 11th year Improv Playhouse has produced this respectful, contemporary rendition of one of the pinnacle events in the life and ministry of Jesus Christ.

"The Gathering" takes place during a Seder meal, which biblical scholars agree was the last earthly Passover led by Jesus.

The professional cast is composed of a number of actors from the 2018 production (in different roles), as well as several who are new to the Improv Playhouse stable. A few of the actors, including Stuart, are members of the AFTRA/SAG acting unions.

The cast of 13: Tyler Ankey, Crystal Lake, (The Teacher); D. Reed Porter, Crystal Lake (Philip); JT Brunson, Kenosha, Wisconsin (Thomas); Rob Dawson, Gurnee (Matthew); Merlin Hahn, Mundelein (James Minor); George Elliot (SAG-AFTRA), Hainesville (Jude); Rhys Reed, Des Plaines (James Major); Michael Scott Blackman, Lakemoor (Andrew);  Redelle Lawrence, McHenry (Simon the Zealot); Dale Leigh, Elgin (Peter); Dan Plumhoff, Gurnee (John); Steven Plumhoff, Gurnee (Bartholomew); Romeo Soprepena, Waukegan (Judas).