Exhibit 9

Advertisement:

| **Welcome back to TribLocal!** | Please pardon our dust as we transition our network of suburban websites to Chicago Tribune. Share feedback with us at triblocalfeedback@tribune.com. |




# 5 Improv Playhouse Young Actors in TV Series


By ImprovPlayhouse Staff Oct. 1, 2010 at 5:03 p.m.

**FOR IMMEDIATE RELEASE**

Improv Playhouse

116 W. Lake Street (studio/office)

Libertyville, Illinois

**Pictured:** Sheridan Hurtig of Mundelein on location with Production Staff of "Into the Outdoors"

There must be something in the water at Improv Playhouse in Libertyville.  5 young actors, all Junior High age and one high schooler, have landed significant roles in the 6 time Emmy Award winning TV Series "Into the Outdoors" broadcast in Wisconsin, Iowa and Minnesota.  The program

Case 1:21-cv-04727-ARR-RER     Document 10-9     Filed 10/18/21     Page 3 of 3 PageID #: 307

also appears on-line and will soon be broadcast in Illinois. Ryan Gold (Vernon Hills), Sheridan Hurtig (Mundelein), Cassidy Raasch (Vernon Hills), Allison Nelson (Libertyville) and Katie Terry (Lake Forest) were each signed for representation through an open call at I.P. with Jennifer's Talent Agency-Milwaukee which booked the young performers.

"We really try to expose our students to professional opportunities such as the "open call" at our studios with reps like Jennifer's. It's realistic that most children with talent and drive will be picked up by the commercial and print agencies where they will find more options for work," says David Brian Stuart, I.P. Founder, who has run dozens of seminars and classes on how to engage children successfully in the entertainment business. Each young actor has been trained extensively in On-Camera Acting Technique by the I.P. Founder, TV. /film business professional and appeared in numerous stage productions with Improv Playhouse.

When called to the Into the Outdoors auditions, each landed roles, which were shot over the course of the late winter and spring of 2010 (approximately 5 hours north of Chicago). "Jennifer's in Milwaukee is one of those agencies that contract small to mid-sized production companies which are particularly suitable for kids", Stuart went on to say. "For a youngster to land an agent is a big deal, but the more important thing is to be 'repped' by an agency that is focused on paid commercial work. That's how these young actors will gain experience and build their repertoire. We're respected by all of the regional talent agencies because we train our kids well."

*Into the Outdoors* is a five-time Emmy Award Winning outdoors television series for kids. Now in its eighth season of outdoor adventures, a diverse group of kids and adults at all locations, *Into the Outdoors* introduces fishing, camping, environmental concerns and outdoor safety- just to name a few topics. The Into the Outdoors Adventure Team of actors has taken on some exciting new challenges this season. From riding in huge logging machines or conducting experiments at a paper mill, to touring a wind turbine and hydro plant or learning how cow manure, garbage and sugar can be made into electricity.

In addition to the television series, several of these talented young actors have booked commercials, won beauty pageants and excel in the arts. Ryan Gold just booked a regional Culvers commercial. Sheridan Hurtig has modeled for American Girl print ads and shot a commercial for WisconsinTravel.com. Cassidy Raasch and Allison Nelson have won several regional pageants. Katie Terry, the Lake Forest High freshman, is a member of the regionally renowned Improv Playhouse Teen Ensemble which performs every year at the National Teen Comedy Festival in Chicago. Another jewel of the Improv Playhouse is it's staff. Tim Stoltenberg, an Improv Playhouse touring Comedy Team member is seen most recently in a national AT& T commercial and Vanessa Bayer, another I.P. performer was just picked up by Saturday Night Live in New York.

Stuart wraps the interview with this reflection; "It's a delight to see our young actors reap the benefits of their training with us. We have a terrifically dedicated staff. My greatest joy is seeing all of them successful in any endeavor. It is really what makes me so proud of them."