# Exhibit 10

Case 1:21-cv-04727-ARR-RER    Document 10-10    Filed 10/18/21    Page 2 of 9 PageID #: 309



SECTIONS                                          ⌄

ADVERTISEMENT

NAPERVILLE SUN        SUBURBS

# On Fridays, go Out to Lunch in downtown Libertyville

By **SHERYL DEVORE**
NEWS-SUN   |   JUN 25, 2015

  

FEEDBACK

TRIAL OFFER        **SUPPORT QUALITY NEWS**
4 weeks for 99¢

SAVE NOW

Case 1:21-cv-04727-ARR-RER    Document 10-10    Filed 10/18/21    Page 3 of 9 PageID #: 310



MainStreet Libertyville's Out to Lunch features several different eateries and bands on Fridays throughout the summer. (MainStreet Libertyville, Handout)

### Listen to this article

FEEDBACK

When Lilbertyville's Out to Lunch opens for the season June 26, visitors can purchase their favorite foods, including hamburgers, Mexican fare and pizza. This year, they can also have cannoli for dessert.

Tony Cannoli, a new vendor that sells the Italian pastry, is joining the popular Out to Lunch events from 11 a.m. to 2 p.m. in Cook Park on Fridays through Aug. 21.

TRIAL OFFER

SUPPORT QUALITY NEWS
4 weeks for 99¢

SAVE NOW

Case 1:21-cv-04727-ARR-RER     Document 10-10     Filed 10/18/21     Page 4 of 9 PageID #: 311

ADVERTISEMENT

Advertisement



FEEDBACK

Favorite bands will be back with some new ones including a folk/country duo from Kenosha, Wis., and an Improv Playhouse staff member will serve as emcee for the first time. Also new this year, MainStreet will award a $25 gift certificate to use at a local business each Friday.

"Out to Lunch has been going on for many years. People look forward to it," said

TRIAL OFFER

SUPPORT QUALITY NEWS
4 weeks for 99¢

SAVE NOW

Case 1:21-cv-04727-ARR-RER      Document 10-10      Filed 10/18/21      Page 5 of 9 PageID #: 312

"It's a casual afternoon in picturesque Cook Park. You can come early and spend the afternoon there, or come on your lunch break, grab a sandwich and listen to some music," she said. "We have a lot of community support. People feel like what a nice thing it is to be able to come and sit in Cook Park and listen to a band. It's free. It's the end of the week. It's Friday afternoon. We have moms with their children, kids that come from camps, seniors, plus office workers. It appeals to everybody. The music is easy listening."

[Most read] Justin Fields shows some encouraging signs — but needs to cut down on the 'Krenzels.' Brad Biggs' 10 thoughts on the Chicago Bears' Week 6 loss to the Green Bay Packers. »

Vendors include Egg Harbor Café, Mickey Finn's and Ganello's Pizza Company, a new restaurant that just opened in Libertyville.

Advertisement



FEEDBACK

"They'll be featuring a lot of wraps and some healthy choices — they want to

TRIAL OFFER      SUPPORT QUALITY NEWS
4 weeks for 99¢

SAVE NOW

Case 1:21-cv-04727-ARR-RER    Document 10-10    Filed 10/18/21    Page 6 of 9 PageID #: 313

better job than I can," she said.

Hume said volunteer Tom Bauer schedules and chooses the live bands, which are local. "He takes great pride in it and he is a musician himself and he knows the area and who's good, so I leave it all up to him."

But she says she's pleased that some favorites are returning, including the Mojo Daddies, who will perform July 3. "They're from Libertyville. We have them all the time and they are wonderful."

[Most read] Massive One Central development plans call for concert venue, retail and restaurants near Soldier Field »

She's hoping they'll play one of her favorite songs, "Sugar High."

"It's upbeat. It's about kids who are high on sugar. It's just fun."

Kevin Spica, a singer and electric guitar player, will kick off the series June 26.

Another returning favorite is Sagebrush on July 10. July 17, King Henry performs. On July 24, Sneezy will perform.

"These are young fellows out of college and they're really good," Hume said. The group performs rock, hip hop and soul, includes a harmonica player, and has been interviewed by WGN Radio.

[Most read] Jury convicts ex-DePaul student of attempting to aid Islamic State terrorist group »

FEEDBACK

TRIAL OFFER

SUPPORT QUALITY NEWS
4 weeks for 99¢

SAVE NOW

Case 1:21-cv-04727-ARR-RER    Document 10-10    Filed 10/18/21    Page 7 of 9 PageID #: 314

The bands will perform beneath an awning in front of Cook House, which has recently been repainted and is on the National Register of Historic Places. Guests can enjoy the music surrounded by roses and tall shade trees in the park.

*Sheryl DeVore is a freelance reporter.*

Out to Lunch Libertyville

Where: Cook Park, 413 N. Milwaukee Ave., Libertyville

[Most read] New CPD memo threatens investigation, termination for cops not compliant with vaccination reporting deadline; 'Invalid,' says FOP »

When: 11 a.m.-2 p.m. June 26-Aug. 21

Tickets: Free for concert

Information: **http://www.mainstreetlibertyville.org**

**Skip the Doctor and Upgrade to the World's Smartest CPAP**

Breathe CPAP Company | Sponsored

**Dr. Kellyann: Weight Loss After 50 Comes Down To This One Thing**

**Dr. Kellyann** | Sponsorizzato

**New Breakthrough: Destroys Toe Nail Fungus (It's Genius)**

**Vitality Health** | Sponsorizzato

TRIAL OFFER    SUPPORT QUALITY NEWS
4 weeks for 99¢

SAVE NOW

FEEDBACK

Case 1:21-cv-04727-ARR-RER      Document 10-10      Filed 10/18/21      Page 8 of 9 PageID #: 315

## Buick's New Lineup Is Truly Stunning

**All Things Auto | Search Ads** | Sponsorizzato

## Tommy Chong: The Horrifying Truth About CBD

**Tommy Chong's CBD** | Sponsorizzato

## These Cars Are So Loaded It's Hard to Believe They're So Cheap

**Luxury SUVs | Search Ads** | Sponsored

## You May Like

Sponsored Links by Taboola

### New Audi's Finally On Sale

**All Things Auto | Search Ads**

### Most Affordable Camper Vans

**Camper Van Warehouse | sponsored searches**

FEEDBACK

### ...n't play this game if you are under 40 years old

**...l Shadow Legends**

### 2022 Alaska Cruise Deals

**Alaska Cruise Deals | sponsored searches**

TRIAL OFFER          SUPPORT QUALITY NEWS
4 weeks for 99¢

SAVE NOW

Case 1:21-cv-04727-ARR-RER          Document 10-10          Filed 10/18/21          Page 9 of 9 PageID #: 316

ADVERTISEMENT

## CONNECT

   

## TRIBUNE PUBLISHING

| | |
|---|---|
| New York Daily News | The Baltimore Sun |
| Orlando Sentinel | Sun Sentinel of Fla. |
| The Morning Call of Pa. | Hartford Courant |
| Daily Press of Va. | The Virginian-Pilot |
| The Daily Meal | Studio 1847 |

## COMPANY INFO

| | |
|---|---|
| Careers | About us |
| Help Center | Privacy Policy |
| Terms of Service | Archives |
| Contact us | Local print ads |
| nage Web Notifications | Chicago Tribune Store |
| dia kit | |

FEEDBACK

Copyright © 2021, Chicago Tribune

**TRIAL OFFER**

**SUPPORT QUALITY NEWS**
4 weeks for 99¢

SAVE NOW